No. 515, Misc.  HARDISON *v.* KING, SUPERINTENDENT. Supreme Court of California.  Certiorari denied.

No. 488, Misc.  BROWN *v.* NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.  *Herman L. Taylor* for petitioner.  *Harry McMullan,* Attorney General, and *Ralph Moody,* Assistant Attorney General, for respondent.  ■■

No. 594.  BERLINSKY *v.* EISENBERG ET AL., TRUSTEES, *ante,* p. 909;

No. 641.  WARNER ET AL., DOING BUSINESS AS WARNER & TAMBLE TRANSPORTATION CO., *v.* UNITED STATES ET AL., *ante,* p. 907; and

No. 387, Misc.  UNITED STATES EX REL. MAYO *v.* BURKE, WARDEN, *ante,* p. 922.  Petitions for rehearing in these cases denied.

No. 380, Misc.  ROWLAND *v.* CHESAPEAKE & OHIO RAILWAY Co., *ante,* p. 923.  Rehearing denied.  MR. JUSTICE REED took no part in the consideration or decision of this application.

JUNE 4, 1951.

No. 483.  ALABAMA PUBLIC SERVICE COMMISSION ET AL. *v.* ATLANTIC COAST LINE RAILROAD Co.; and

No. 660.  ALABAMA PUBLIC SERVICE COMMISSION ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD Co.  Appeals from the United States District Court for the Middle District of Alabama.  *Per Curiam:* The motions to sub-